IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JOHN R. HOWE,<br><br>                Defendants. | **4:15CB3001**<br><br>**ORDER** |

IT IS ORDERED:

As requested in the government's motion, (filing no. 2), which is hereby granted, Violation Notice #1752979, which was issued to defendant John R. Howe, is dismissed.

February 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge